HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. No. S 08-325 WBS |
| Plaintiff, | **[lodged] ORDER** |
| v. | |
| **CLARENCE AUSTIN HOMLES**, | RETROACTIVE CRACK COCAINE REDUCTION CASE |
| Defendant. | Judge: Hon. WILLIAM B. SHUBB |

Pursuant to the supplemental response to this Court's minute order, 28 U.S.C. § 3006A, and good cause appearing therefor, the Court appoints the Office of the Federal Defender to represent defendant CLARENCE AUSTIN HOLMES. The briefing schedule issued October 7, 2013, is hereby amended. The government shall file its response to the motion pursuant to 18 U.S.C. § 3582(c)(2) on or before December 6, 2013. Defendant may file any reply on or before January 3, 2014.

Dated: November 7, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE